```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREENSLEEVES PUBLISHING LTD.,

                Plaintiff,

     - against -

CHRISTOPHER MAURICE BROWN PKA
CHRIS BROWN, et al.,

               Defendants.
-------------------------------------------------------------X

21-CV-5751 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     On December 14, 2021, I issued a Civil Case Management Plan and Scheduling Order directing the parties to submit a joint status letter every 60 days. (Dkt. 29.) To date, no such letter has been filed. By **June 7, 2022**, the parties shall file a joint status letter and shall continue to file a joint status letter every 60 days thereafter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2022
      New York, New York

Copies transmitted this date to all counsel of record.

1