USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

**DANIEL J. AARON, P.C.**
ATTORNEY AT LAW
125 PARK AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
E-MAIL: daaron@earthlink.net

DANIEL J. AARON
Admitted NY & CT

TEL 212-684-4466
FAX 212-684-5566

Letter Via ECF
November 22, 2022

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re: Greensleeves Publishing Ltd. v. Christopher Maurice Brown et al.
    1:21 cv 5751-ALC-RWL

Dear Judge Lehrburger:

I am counsel for the plaintiff Greensleeves Publishing Ltd. I write with the permission of, James Sammataro, counsel for defendants Christopher Maurice Brown *p/k/a* Chris Brown and Chris Brown TV, and Jonathan King, counsel for the co-defendant Sony Music Entertainment. On September 8th, your Honor granted a 45 day stay in this matter so that the parties could reduce their settlement into a formal agreement. The stay was extended for an additional 30 days and ends today November 22, 2022. The parties have made substantial progress and are still diligently engaged in drafting the formal agreement. As a result of needing the input of third parties and the parties and counsel's schedules, the parties respectfully request that this matter be stayed for an additional period of 30 days so that they can amicably resolve this matter.

Please let us know if Your Honor has any questions or concerns. Thank you.

Respectfully submitted,

/s/Daniel J. Aaron
Daniel J. Aaron, Esq.

cc: All counsel via ECF

Extension granted.

SO ORDERED:

11/22/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE