USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2022

**DANIEL J. AARON, P.C.**
ATTORNEY AT LAW
125 PARK AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
E-MAIL: daaron@earthlink.net

DANIEL J. AARON
Admitted NY & CT

TEL 212-684-4466
FAX 212-684-5566

Letter Via ECF
December 21, 2022

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re: Greensleeves Publishing Ltd. v. Christopher Maurice Brown et al.
    1:21 cv 5751-ALC-RWL

Dear Judge Lehrburger:

I am counsel for the plaintiff Greensleeves Publishing Ltd. I write with the permission of, James Sammataro, counsel for defendants Christopher Maurice Brown p/k/a Chris Brown and Chris Brown TV, and Jonathan King, counsel for the co-defendant Sony Music Entertainment. On September 8th, Your Honor granted a 45 day stay in this matter so that the parties could reduce their settlement into a formal agreement. The stay was extended and ends tomorrow December 22, 2022. The parties are still diligently engaged in drafting the formal agreement. We have exchanged several drafts and detailed sets of comments that will still require some time to work through and also require the input of third parties. As a result of the foregoing, as well as counsels' schedules, the parties respectfully request that this matter be stayed for an additional period of 30 days so that they can amicably resolve this matter.

Please let us know if Your Honor has any questions or concerns. Thank you.

Respectfully submitted,

/s/Daniel J. Aaron
Daniel J. Aaron, Esq.

cc: All counsel via ECF

30-day extension granted. The Court urges the parties to proceed diligently as additional extensions may not be readily granted.

SO ORDERED:

12/22/2022    /s/ 
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE