

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   www.pryorcashman.com

**James Sammataro**

Direct Tel: 786-582-3010
JSammataro@PRYORCASHMAN.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2023

January 23, 2023

<u>Via ECF</u>
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re:   *Greensleeves Publishing Ltd. v. Christopher Maurice Brown et al.*
      **1:21 cv 5751-ALC-RWL**

Dear Judge Lehrburger:

    We represent defendant Christopher Maurice Brown in the above captioned matter and write jointly with counsel for both plaintiff Greensleeves Publishing Ltd. and co-defendant Sony Music Entertainment.  On December 22, 2022, Your Honor granted an additional 30-day stay to allow the parties to continue their efforts to finalize and memorialize their settlement in a written agreement.  (ECF No. 41).  Since Your Honor's Order, the parties have been in frequent contact; participated in multiple (lengthy) discussions; and exchanged multiple sets of comments on a draft agreement.

    On January 20, 2023, the parties were able to resolve a key issue that had a particular sticking point in negotiations. Several less significant matters remain in need of finalizing. Notably, the settlement implicates the rights of several third-parties and, thus, requires the input and approval these third-parties and their counsel.  We are mindful of the Court's admonition that the parties proceed diligently and not assume extensions will be granted.  The parties collectively wish to assure the Court that they have heeded this message and have all been working in earnest to consummate a resolution.  The parties remain of the belief that the Court's and their resources are best served by focusing on the few remaining settlement issues rather than proceeding with the litigation.  For these reasons, we respectfully ask that the Court continue the stay in this matter until February 27, 2023.  We thank the Court for its consideration of the foregoing.

Sincerely,

*/s/ James G. Sammataro*

James G. Sammataro, Esq.

SO ORDERED:

1/23/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE