USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2023

**DANIEL J. AARON, P.C.**
ATTORNEY AT LAW
125 PARK AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10017
E-MAIL: daaron@earthlink.net

DANIEL J. AARON
Admitted NY & CT

TEL 212-684-4466
FAX 212-684-5566

Letter Via ECF
February 27, 2023

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, New York 10007

Re: Greensleeves Publishing Ltd. v. Christopher Maurice Brown et al.
1:21 cv 5751-ALC-RWL

Dear Judge Lehrburger:

I am counsel for the plaintiff Greensleeves Publishing Ltd. I write with the permission of, James Sammataro, Esq., counsel for defendants Christopher Maurice Brown *p/k/a* Chris Brown and Chris Brown TV, and Jonathan King, Esq., counsel for the co-defendant Sony Music Entertainment. On January 23, 2023, Your Honor granted an additional stay until February 27, 2023 to allow the parties to continue their efforts to finalize and memorialize their settlement in a written agreement. (ECF No. 43). Since Your Honor's Order, the parties have been in frequent contact and are down to only a handful of issues in the settlement agreement on which they are working amicably to resolve among themselves and with third parties, whose rights are implicated by the settlement.

We remain mindful of the Court's admonition that the parties proceed diligently and not assume extensions will be granted. The parties collectively wish to assure the Court that they have heeded this message and have all been working in earnest to consummate the settlement. The parties remain of the belief that the Court's and their resources are best served by focusing on the few remaining revisions to the settlement agreement rather than proceeding with the litigation. For these reasons, we respectfully ask that the Court continue the stay in this matter until March 27, 2023. We thank the Court for its consideration of the foregoing.

Respectfully submitted,

/s/Daniel J. Aaron
Daniel J. Aaron, Esq.

cc: All counsel via ECF

Extension of stay until March 27, 2023 granted. No further extensions absent compelling circumstances.

SO ORDERED:

2/28/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE