UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREENSLEEVES PUBLISHING LTD,

                *Plaintiff*,

-against-

CHRISTOPHER MAURICE BROWN, et al.,

                *Defendants*.

21-cv-05751 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **June 23, 2023**.

**SO ORDERED.**

Dated:    May 24, 2023
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**